IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| GWENDOLYN GRIFFIN, on behalf of A.S.T., a minor,<br>Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of the<br>Social Security Administration,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 05-CV-610-PJC |

## ORDER

Before the Court is the Defendant's Motion to Reverse and Remand (Dkt. # 16).  Plaintiff has informed the deputy clerk that she does not object to the motion.  Upon examination of the merits of this case, the Court finds that the Defendant's Motion to Reverse and Remand (Dkt. #16) should be granted.  On remand, the ALJ will be directed to hold a *de novo* hearing and issue a new decision that includes findings regarding Plaintiff's credibility and discusses the evidence related to the credibility finding.

IT IS ORDERED, ADJUDGED AND DECREED by the Court that this case be reversed and remanded to the Commissioner for further administrative action pursuant to sentence four of §205(g) of the Social Security Act, 42 U.S.C. §405(g).  *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

THUS DONE AND SIGNED on this 27th day of June, 2006.

_____
Paul J. Cleary
United States Magistrate Judge